### SLATON *v.* THE STATE.

SIMMONS, C. J. No error of law was complained of, and the evidence warranted the verdict. *Judgment affirmed. All the Justices concur.*

Submitted January 18, — Decided March 29, 1904.

Indictment for murder. Before Judge Holden. Wilkes superior court. November 23, 1903.

*W. A. Slaton*, for plaintiff in error.

*John C. Hart*, attorney-general, and *David W. Meadow*, solicitor-general, contra.

---

### WOOTEN *v.* THE STATE.

SIMMONS, C. J. Evidence that the accused committed the crime charged in Pinehurst, without showing the county or that the Pinehurst referred to is in Georgia, is not sufficient proof of venue. *Cooper v. State*, 106 *Ga.* 119; *Moye* v. *State*, 65 *Ga.* 754.

*Judgment reversed. All the Justices concur.*

Submitted January 18, — Decided March 29, 1904.

Accusation of carrying concealed weapon. Before Judge Henderson. City court of Vienna. December 5, 1903.

*Busbee & Busbee*, for plaintiff in error.

*E. F. Strozier*, solicitor, contra.